UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25641-BLOOM/Elfenbein

TWINOVO INTERNATIONAL
TRADING CORP and WEIZHONG ZHU,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS),

    Defendant.

_____/

**ORDER ON MOTION TO DISMISS**

**THIS CAUSE** is before the Court upon Defendant's United States Citizenship and Immigration Services' ("USCIS") Motion to Dismiss Complaint as Moot ("Motion"), ECF No. [17]. The Plaintiffs did not file a Response. The Court has reviewed the Motion, the record, and is otherwise fully advised. For the reasons that follow, USCIS's Motion is granted.

On February 15, 2025, Plaintiffs filed a Complaint alleging that the USCIS's failure, over the course of a six-month period, to consider Twinovo International Trading Corp's ("Twinovo") L-1A Petition for the benefit of its CEO Weizhong Zhu constituted an unreasonable delay violating the Administrative Procedures Act, 5 U.S.C. § 701. ECF No. [1] ¶¶ 1-2. USCIS moves to dismiss the Complaint as moot and attaches to its Motion a "Notice of Intent to Revoke", ECF No. [17-1], which shows that USCIS acted on the underlying Petition and determined Weizhong Zhu to be ineligible. As such, USCIS argues Plaintiffs' Complaint seeking action on the Petition is now moot. The Court agrees with USCIS.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 25-cv-25641-BLOOM/Elfenbein

1. USCIS' Motion**, ECF No. [17]** is **GRANTED.**

2. This case is **DISMISSED WITH PREJUDICE**.

3. The clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 4, 2026.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc:

counsel of record